# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Acton No. 1:24-cv-01076-CNS-KAS

DEREK WILFONG, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

TTEC SERVICES CORPORATION,

    Defendant.

## ORDER

NOW, this _____ day of _____, 2024, IT IS HEREBY ORDERED that Plaintiff's Motion for Conditional Certification, Expedited Opt-In Discovery, and Court-Supervised Notice to Potential Opt-In Plaintiffs is GRANTED and the parties shall proceed as follows:

1) Within 14 days of this Order, Defendant shall fully respond to Plaintiff's Expedited Opt-In Discovery, and shall provide to Plaintiff and the Court an Excel spreadsheet containing the name, last known home address (including zip code), last known telephone number, last known email address, and employment dates (in Microsoft Office Excel format) of all former and current customer service representatives, and persons with jobs performing substantially identical functions and/or duties to customer

service representatives, employed by Defendant in the United States at any time within the last three (3) years;

2) Plaintiff's Proposed Important Notice to Potential FLSA Class Members, attached to Plaintiff's Motion as Exhibit 5, is approved;

3) Within 14 days of receiving the Defendant's response to Plaintiff's Expedited Opt-In Discovery, Plaintiffs' Counsel shall mail and email the Notice to all potential opt-in plaintiffs.

_____
JUDGE CHARLOTTE N. SWEENEY