# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Acton No. 1:24-cv-01076-CNS-KAS

DEREK WILFONG, on behalf of himself
and all others similarly situated,

      Plaintiff,

v.

TTEC SERVICES CORPORATION,

      Defendant.

---

**DECLARATION OF CONSENT OF DEREK WILFONG**
**TO BE A REPRESENTATIVE PLAINTIFF FOR A CLASS OF SIMILARLY**
**SITUATED OPT-IN PLAINTIFFS**

---

I, Derek Wilfong, pursuant to 29 U.S.C. § 1746, hereby declare, under penalty of perjury, that the following is true and accurate to the best of my personal knowledge, information, and belief:

1. I have been employed by TTEC Services Corporation ("TTEC") as a customer service representative since April 28, 2011. From approximately April 28, 2011 to April 2020, I worked at TTEC's call center in Westlake, Ohio. From approximately April 2020 through the present, I have been working from my home in La Grange, Ohio.

2. As a TTEC customer service representative, I was/am paid on an hourly basis.

3. As a TTEC customer service representative, I was/am typically scheduled to work 40 hours per week.  However, I regularly worked/work more than 40 hours per week. I estimate

that, since April 19, 2021, I have worked between approximately 43 and 45 hours or more per week.

4.      During my employment, TTEC paid/pays me only for work performed while I am completely logged into TTEC's computer systems, software applications, and phone system.

5.      TTEC did not, and does not, pay me for the time spent each day starting and logging into the computer systems, software applications, and phone system.

6.      TTEC also did not, and does not, pay me for the time I spend each day shutting down and logging out of the computer systems, software applications, and/or phone system.

7.      Additionally, TTEC did not (and does not) pay me for work I am required to perform when not completely logged into call programs.

8.      I estimate that, since April 19, 2021, I have spent, on average, approximately 20 to 30 minutes or more each workday performing this unpaid work, including approximately 10 to 20 minutes or more before each shift, and approximately 5 to 10 minutes after each shift.

9.      The time I have spent performing this unpaid work was in addition to the 40 or more hours I regularly worked each workweek while on the clock for my scheduled shifts.

10.     TTEC knew and knows that I have been performing the unpaid work because TTEC required/requires me to perform it, I have reported it to TTEC, and supervisors have observed me performing it.

11.     TTEC could have precisely recorded my unpaid work for payroll purposes simply by allowing me clock in before I started and logged into the computer systems, applications, and phone system, and allowing me to clock out after I shut down and logged out of TTEC's computer systems, applications, and phone system.

12.     As a result of TTEC's practices and policies, I have not been fully compensated for all of the time I actually worked, including all of the overtime hours I worked over 40 in a workweek.

13.     TTEC did this to other customer service representatives who I talked to, and I believe I am similarly situated to these employees.

14.     Additionally, TTEC did not and does not include bonuses in our regular rates of pay for purposes of calculating overtime compensation, which bonuses TTEC paid/pays customer service representatives, including myself, as an incentive for hard work and production, and which were/are nondiscretionary and based on predetermined matrices.

15.     My statements here are based upon my own experiences, and upon observations of, and conversations with, other TTEC employees who engaged in the same activities and work that I performed/perform as a customer service representative. I know the experiences of others are similar to mine because I have talked with them.

16.     I also attended virtual meetings and been a part of Teams chats with trainers, supervisors, and other customer service representatives from various different states. Other customer service representatives complained, during virtual meetings I attended and/or Teams chats that I was a part of, about the same unpaid work while not clocked-in, including the time they had to spend logging into TTEC's computer systems, software applications, and/or phone system.

17.     I seek to recover unpaid overtime compensation from TTEC under the Fair Labor Standard Act, and consent to be a named Plaintiff in the above-captioned collective action.  I agree

to be bound by any adjudication of this action by the Court, and any collective action settlement approved by this Court as being fair, adequate, and reasonable.

18.     I consent to bring this action on behalf of myself and a class of similarly situated employees (Opt-In Plaintiffs) defined as follows:

> All former and current customer service representatives, and persons with jobs performing substantially identical functions and/or duties to customer service representatives, employed by TTEC Services Corporation in the United States at any and all times within the three (3) year period prior to the filing of this lawsuit.

19.     I believe that I am similarly situated to the class because, during my employment with TTEC, I and the class members:

(a)   were employed by TTEC as customer service representatives or in substantially similar position(s);

(b)   performed substantially identical functions and/or duties;

(c)   were paid on an hourly basis;

(d)   were classified by TTEC as non-exempt employees;

(e)   were paid only for work performed between our scheduled shift start and stop times;

(f)   were not paid for starting and logging into TTEC's computer systems, numerous software applications, and phone system at the start of our shifts;

(g)   were not paid for shutting down and logging out of TTEC's computer systems, numerous software applications, and phone system at the end of our shifts;

(h)   were not pay me for work performed when not completely logged into call programs;

(i)   worked in excess of 40 hours in a workweek; and

(j)     were not paid overtime at the rate of one and one-half times our regular rates for all

of the hours we worked over 40 in a workweek.

WHEREFORE, I hereby consent and agree to be a representative Plaintiff in the above-captioned collective action against Defendant and to be represented by The Lazzaro Law Firm, LLC.

Signature:     _____          Date:     Aug 8, 2024
                    Derek Wilfong (Aug 8, 2024 11:26 EDT)

Full Name:          Derek Wilfong

Street Address:     444 morgan ct

City, State, Zip:   Lagrange , Ohio,44050

Page 5 of 5