# Exhibit 3

**DECLARATION OF HALEY BENNETT**

I, Haley Bennett, declare as follows:

1. I was employed by TTEC Services Corporation ("TTEC") as a customer service representative.

2. My approximate dates of employment are January 30, 2023 to June 12, 2023.

3. During my employment with TTEC, I worked from my home in Las Vegas, Nevada.

4. I was paid an hourly wage and was scheduled to work 40 hours per week. However, I regularly worked more than 40 hours per week.

5. During my employment, TTEC paid me only for work performed while I was completely logged into TTEC's computer systems, software applications, and/or phone system.

6. TTEC did not pay me for the time spent each day starting and logging into the computer systems, software applications, and/or phone system.

7. TTEC also did not pay me for the time spent each day shutting down and logging out of the computer systems, software applications, and/or phone system.

8. Additionally, TTEC did not pay me for work I performed when I was not logged into call programs.

9. I was required by TTEC to perform this unpaid work. I performed this unpaid work every workday, and it constituted a part of my fixed and regular working time.

10. TTEC knew that I performed the unpaid work because TTEC required me to perform it and supervisors observed me performing it.

11. TTEC could have precisely recorded my unpaid work for payroll purposes simply by allowing me clock in before I started and logged into the computer systems, applications, and phone system, and allowing me to clock out after I shut down and logged out of TTEC's computer systems, applications, and phone system.

12. As a result of TTEC's practices and policies, I was not fully compensated for all of the time I actually worked, including all of the overtime hours I worked over 40 in a workweek.

13. My statements here are based upon my own experiences, and upon observations of other TTEC employees who engaged in the same activities and work that I performed. I know the experiences of others are similar to mine because I talked with them, and I attended video conferences with them during which they also complained

1

to trainers and/or supervisors about the unpaid work, including time spent each day starting and logging into the computer systems, software applications, and phone system.

14. I am sure that other customer service representatives, and other employees with jobs performing substantially identical functions and/or duties to customer service representatives, would join this case if they received Court-approved notice.

Pursuant to 28 U.S.C. § 1746, I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Signature: *Haley Bennett (Aug 12, 2024 16:14 PDT)*  Date: Aug 12, 2024

| | |
|---|---|
| Full Name: | Haley Bennett |
| Street Address: | 924 Morgan Ave |
| City, State, Zip: | Las Vegas, NV 89106 |
| Phone: | (702) 918-0658 |
| Email: | haleybennett412@gmail.com |

2

**DECLARATION OF NATASHA DAVIS**

I, Natasha Davis, declare as follows:

1. I was employed by TTEC Services Corporation ("TTEC") as a customer service representative.

2. My approximate dates of employment are January 20, 2022 to May 30, 2024.

3. During my employment with TTEC, I worked from my home in Atlanta, Georgia.

4. I was paid an hourly wage and was scheduled to work 40 hours per week. However, I regularly worked more than 40 hours per week.

5. During my employment, TTEC paid me only for work performed while I was completely logged into TTEC's computer systems, software applications, and/or phone system.

6. TTEC did not pay me for the time spent each day starting and logging into the computer systems, software applications, and/or phone system.

7. TTEC also did not pay me for the time spent each day shutting down and logging out of the computer systems, software applications, and/or phone system.

8. Additionally, TTEC did not pay me for work I performed when I was not logged into call programs.

9. I was required by TTEC to perform this unpaid work. I performed this unpaid work every workday, and it constituted a part of my fixed and regular working time.

10. TTEC knew that I performed the unpaid work because TTEC required me to perform it and supervisors observed me performing it.

11. TTEC could have precisely recorded my unpaid work for payroll purposes simply by allowing me clock in before I started and logged into the computer systems, applications, and phone system, and allowing me to clock out after I shut down and logged out of TTEC's computer systems, applications, and phone system.

12. As a result of TTEC's practices and policies, I was not fully compensated for all of the time I actually worked, including all of the overtime hours I worked over 40 in a workweek.

13. My statements here are based upon my own experiences, and upon observations of other TTEC employees who engaged in the same activities and work that I performed. I know the experiences of others are similar to mine because I talked with them, and I attended video conferences with them during which they also complained

1

to trainers and/or supervisors about the unpaid work, including time spent each day starting and logging into the computer systems, software applications, and phone system.

14. I am sure that other customer service representatives, and other employees with jobs performing substantially identical functions and/or duties to customer service representatives, would join this case if they received Court-approved notice.

Pursuant to 28 U.S.C. § 1746, I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

| | | | |
|---|---|---|---|
| Signature: | *Natasha Davis (Jul 24, 2024 23:19 EDT)* | Date: | Jul 24, 2024 |

| | |
|---|---|
| Full Name: | Natasha Davis |
| Street Address: | 140 Fairhaven Trail |
| City, State, Zip: | Fairburn, Ga, 30213 |
| Phone: | (404) 563-0991 |
| Email: | davis.natasha56@gmail.com |

2

**DECLARATION OF GIANA DECICCO**

I, Giana Decicco, declare as follows:

1. I was employed by TTEC Services Corporation ("TTEC") as a customer service representative.

2. My approximate dates of employment are September 2023 to December 2023.

3. During my employment with TTEC, I worked from my home in Sebring, Florida.

4. I was paid an hourly wage and was scheduled to work 40 hours per week. However, I regularly worked more than 40 hours per week.

5. During my employment, TTEC paid me only for work performed while I was completely logged into TTEC's computer systems, software applications, and/or phone system.

6. TTEC did not pay me for the time spent each day starting and logging into the computer systems, software applications, and/or phone system.

7. TTEC also did not pay me for the time spent each day shutting down and logging out of the computer systems, software applications, and/or phone system.

8. Additionally, TTEC did not pay me for work I performed when I was not logged into call programs.

9. I was required by TTEC to perform this unpaid work. I performed this unpaid work every workday, and it constituted a part of my fixed and regular working time.

10. TTEC knew that I performed the unpaid work because TTEC required me to perform it and supervisors observed me performing it.

11. TTEC could have precisely recorded my unpaid work for payroll purposes simply by allowing me clock in before I started and logged into the computer systems, applications, and phone system, and allowing me to clock out after I shut down and logged out of TTEC's computer systems, applications, and phone system.

12. As a result of TTEC's practices and policies, I was not fully compensated for all of the time I actually worked, including all of the overtime hours I worked over 40 in a workweek.

13. My statements here are based upon my own experiences, and upon observations of other TTEC employees who engaged in the same activities and work that I performed. I know the experiences of others are similar to mine because I talked with them, and I attended video conferences with them during which they also complained

1

2

to trainers and/or supervisors about the unpaid work, including time spent each day starting and logging into the computer systems, software applications, and phone system.

14. I am sure that other customer service representatives, and other employees with jobs performing substantially identical functions and/or duties to customer service representatives, would join this case if they received Court-approved notice.

Pursuant to 28 U.S.C. § 1746, I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

| | | |
|---|---|---|
| Signature: | _[signature]_<br>Giana Decicco (Jul 24, 2024 13:26 EDT) | Date: Jul 24, 2024 |
| Full Name: | Giana Decicco | |
| Street Address: | 12902 US 98 | |
| City, State, Zip: | Sebring , Florida, 33876 | |
| Phone: | (929) 394-1173 | |
| Email: | gdeci17@gmail.com | |

2

**DECLARATION OF SAMANTHA HEUERMAN**

I, Samantha Heuerman, declare as follows:

1. I was employed by TTEC Services Corporation ("TTEC") as a customer service representative.

2. My approximate dates of employment are December 17, 2021 to May 29, 2024.

3. During my employment with TTEC, I worked from my previous home in Eustis, Florida and then from my current home in Ocklawaha, Florida.

4. I was paid an hourly wage and was scheduled to work 40 hours per week. However, I regularly worked more than 40 hours per week.

5. During my employment, TTEC paid me only for work performed while I was completely logged into TTEC's computer systems, software applications, and/or phone system.

6. TTEC did not pay me for the time spent each day starting and logging into the computer systems, software applications, and/or phone system.

7. TTEC also did not pay me for the time spent each day shutting down and logging out of the computer systems, software applications, and/or phone system.

8. Additionally, TTEC did not pay me for work I performed when I was not logged into call programs.

9. I was required by TTEC to perform this unpaid work. I performed this unpaid work every workday, and it constituted a part of my fixed and regular working time.

10. TTEC knew that I performed the unpaid work because TTEC required me to perform it and supervisors observed me performing it.

11. TTEC could have precisely recorded my unpaid work for payroll purposes simply by allowing me clock in before I started and logged into the computer systems, applications, and phone system, and allowing me to clock out after I shut down and logged out of TTEC's computer systems, applications, and phone system.

12. As a result of TTEC's practices and policies, I was not fully compensated for all of the time I actually worked, including all of the overtime hours I worked over 40 in a workweek.

13. My statements here are based upon my own experiences, and upon observations of other TTEC employees who engaged in the same activities and work that I performed. I know the experiences of others are similar to mine because I talked with

1

them, and I attended video conferences with them during which they also complained to trainers and/or supervisors about the unpaid work, including time spent each day starting and logging into the computer systems, software applications, and phone system.

14. I am sure that other customer service representatives, and other employees with jobs performing substantially identical functions and/or duties to customer service representatives, would join this case if they received Court-approved notice.

Pursuant to 28 U.S.C. § 1746, I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Signature: _____  Date: Jul 24, 2024
Samantha Heuerman (Jul 24, 2024 15:14 EDT)

Full Name:        Samantha Heuerman

Street Address:   2 fisher terrace trce.

City, State, Zip: Ocklawaha Florida 3279

Phone:            352-460-3229

Email:            samanfee5578@yahoo.com

2

**DECLARATION OF DEDE KNOX**

I, Dede Knox, declare as follows:

1. I was employed by TTEC Services Corporation ("TTEC") as a customer service representative.

2. My approximate dates of employment are September 27, 2023 to January 30, 2024.

3. During my employment with TTEC, I worked from my home in Indio, California.

4. I was paid an hourly wage and was scheduled to work 40 hours per week. However, I regularly worked more than 40 hours per week.

5. During my employment, TTEC paid me only for work performed while I was completely logged into TTEC's computer systems, software applications, and/or phone system.

6. TTEC did not pay me for the time spent each day starting and logging into the computer systems, software applications, and/or phone system.

7. TTEC also did not pay me for the time spent each day shutting down and logging out of the computer systems, software applications, and/or phone system.

8. Additionally, TTEC did not pay me for work I performed when I was not logged into call programs.

9. I was required by TTEC to perform this unpaid work. I performed this unpaid work every workday, and it constituted a part of my fixed and regular working time.

10. TTEC knew that I performed the unpaid work because TTEC required me to perform it and supervisors observed me performing it.

11. TTEC could have precisely recorded my unpaid work for payroll purposes simply by allowing me clock in before I started and logged into the computer systems, applications, and phone system, and allowing me to clock out after I shut down and logged out of TTEC's computer systems, applications, and phone system.

12. As a result of TTEC's practices and policies, I was not fully compensated for all of the time I actually worked, including all of the overtime hours I worked over 40 in a workweek.

13. My statements here are based upon my own experiences, and upon observations of other TTEC employees who engaged in the same activities and work that I performed. I know the experiences of others are similar to mine because I talked with them, and I attended video conferences with them during which they also complained

1

2

to trainers and/or supervisors about the unpaid work, including time spent each day starting and logging into the computer systems, software applications, and phone system.

14. I am sure that other customer service representatives, and other employees with jobs performing substantially identical functions and/or duties to customer service representatives, would join this case if they received Court-approved notice.

Pursuant to 28 U.S.C. § 1746, I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Signature:  *Dede Knox*
Dede Knox (Jul 25, 2024 05:57 PDT)

Date:   Jul 25, 2024

| | |
|---|---|
| Full Name: | Dede Knox |
| Street Address: | 81875 Avenue 48, Apt 222 |
| City, State, Zip: | Indio |
| Phone: | 4425990228 |
| Email: | dedeknox0@gmail.com |