Exhibit 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Acton No. 1:24-cv-01076-CNS-KAS

DEREK WILFONG, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

TTEC SERVICES CORPORATION,

    Defendant.

---

**PLAINTIFF'S OPT-IN DISCOVERY DIRECTED TO DEFENDANT TTEC SERVICES CORPORATION**

---

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff, on behalf of himself and all others similarly situated, requests that Defendant respond to the following interrogatory:

**Interrogatory No. 1**

Provide the name, last known home address (including zip code), last known telephone number, last known email address, and employment dates (in Microsoft Office Excel format) of all former and current customer service representatives, and persons with jobs performing substantially identical functions and/or duties to customer service representatives, employed by Defendant in the United States at any time within the last three (3) years.

Respectfully submitted,

/s/ *Matthew S. Grimsley*
Matthew S. Grimsley
Anthony J. Lazzaro
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Telephone: 216-696-5000
Facsimile: 216-696-7005
matthew@lazzarolawfirm.com
anthony@lazzarolawfirm.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2024, the foregoing *Plaintiff's Opt-In Discovery Directed to Defendant* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ *Matthew S. Grimsley*
Matthew S. Grimsley
*Attorney for Plaintiffs*