# Exhibit 5

_____, 2024

## IMPORTANT NOTICE TO POTENTIAL FLSA CLASS MEMBERS

AUTHORIZED BY JUDGE CHARLOTTE N. SWEENEY OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLORADO

TO: All former and current customer service representatives, and persons with jobs performing substantially identical functions and/or duties to customer service, employed by TTEC Services Corporation in the United States at any time between [insert 3-year date] and the present.

RE: Your right to join a collective action seeking to recover unpaid wages, including overtime compensation.

### 1. PURPOSE OF THIS NOTICE

This Notice informs you of a collective action that has been filed under the Fair Labor Standards Act ("FLSA"), advises you of your rights as a class member, and tells you how you can be included in the action. If you wish to be included in this collective action, you must sign and return the enclosed Consent Form as explained below.

### 2. DESCRIPTION OF THE ACTION

On January 6, 2023, this collective action was filed against Defendant TTEC Services Corporation ("Defendant") in the U.S. District Court for the District of Colorado, Case No. 1:24-cv-01076. The action was brought on behalf of named Plaintiff, Derek Wilfong, and all other similarly situated individuals.

Plaintiff has been employed by Defendant as a customer service representative. Plaintiff alleges that Defendant violated the FLSA by failing to pay customer service representatives and/or those performing substantially identical functions and/or duties as customer service representatives for work the following work: (a) starting and logging into Defendant's computer systems, software applications, and phone system; (b) shutting down and logging out of Defendant's computer systems, software applications, and phone system; and (c) performing other work while not completely logged into call programs.

Plaintiff alleges that he and all other similarly situated individuals are entitled to recover from Defendant: (a) unpaid wages including overtime compensation; (b) liquidated damages; (c) attorneys' fees; and (d) costs under the FLSA. Defendant has denied these claims and believes it has properly paid employees.

The Court has not yet decided whether Plaintiff or Defendant is correct. The right to recover these wages for any Plaintiff has not been established and is not guaranteed or certain.

### 3. YOUR RIGHT TO PARTICIPATE IN THIS ACTION

Plaintiff seeks to sue not only for herself, but also for other persons with whom they are similarly situated. Plaintiff alleges that those individuals are former and current customer services representatives, and persons with jobs performing substantially identical functions and/or duties to customer service representatives, employed by Defendant between [insert 3-year date] and the present. If you fit this definition, you may have the right to participate in this action.

### 4. HOW TO PARTICIPATE IN THIS ACTION

To join this collective action, you must sign and return the enclosed "Consent Form." You can return the Consent Form by: (a) signing it electronically (eSigning) via PDF; (b) mailing it to Plaintiffs' counsel in the self-addressed and postage-prepaid envelope included with this Notice; (c) faxing the form to Plaintiffs' counsel at 216-696-7005; (d) scanning the form and emailing it to Plaintiffs' counsel at consent@lazzarolawfirm.com.

**The signed Consent Form must be eSigned, postmarked, faxed, or emailed by [45 days from mailing].** It is important that you return the Consent Form as soon as possible because the time period for which you can seek payment for your unpaid wages will depend on when this form is filed with the Court. If you lose or misplace the enclosed Consent Form, or if you have any questions about filling out or returning the Consent Form, you may contact Plaintiffs' counsel listed in paragraph 8 of this Notice.

### 5. NO RETALIATION PERMITTED

The law prohibits Defendant or any of its agents or employees from discharging you, or in any manner harassing, discriminating, or retaliating against you for taking part in this collective action.

### 6. EFFECT OF JOINING THIS ACTION

If you join this collective action, you will be bound by any judgment that is rendered, whether favorable or unfavorable, and share in any recovery. You will also be bound by, and share in, any settlement that may be reached on behalf of the class.

By joining this action, you designate the named Representative Plaintiff as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning fees and costs, the entering into a settlement agreement with Defendant and all other matters pertaining to this action.

**The named Plaintiff in this matter has entered into a contingency fee agreement with Plaintiffs' counsel, which means that if there is no recovery, there will be no attorneys' fees or costs chargeable to you.** If there is a recovery of wages, liquidated damages, and/or attorneys' fees and costs, Plaintiffs' counsel will be paid whatever attorneys' fees and costs the Court orders or approves as fair and reasonable. The fees and costs will either be subtracted from the total recovery obtained from Defendant in the amount of thirty-three and one-third percent (33-1/3%) of the total recovery plus costs expended by Plaintiffs' counsel on your behalf, or they may be paid separately by Defendant. If there is no recovery, Plaintiffs' counsel will not be paid for their work on this case.

### 7. NO LEGAL EFFECT OF NOT JOINING THIS ACTION

If you choose not to join this action, you will not be bound by any judgment or settlement, whether favorable or unfavorable, and you will not share in any recovery. You will be free to file your own lawsuit; however, the pendency of this action will not stop the running of the statute of limitations as to any claims you may have until you file your own lawsuit.

### 8. YOUR LEGAL REPRESENTATION IF YOU JOIN

Anthony J. Lazzaro
Matthew S. Grimsley
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Telephone: 216-696-5000
Facsimile: 216-696-7005
anthony@lazzarolawfirm.com
matthew@lazzarolawfirm.com

### 9. DEFENDANT IS REPRESENTED BY

| | |
|---|---|
| Arthur J. Rooney | Daniel Graham |
| Perkins Coie LLP | Perkins Coie LLP |
| 110 North Wacker, Suite 3400 | 1900 Sixteenth Street, Suite 1400 |
| Chicago, IL 60606 | Denver, CO 80202 |
| Telephone: 312-263-5071 | Telephone: 303-291-2300 |
| Facsimile: 312-324-9516 | Facsimile: 303-291-2400 |
| arooney@perkinscoie.com | dgraham@perkinscoie.com |

### 10. FURTHER INFORMATION

Further information about this Notice or the action may be obtained from Plaintiffs' counsel at 216-696-5000. The call is free and confidential.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFF'S CLAIMS OR OF DEFENDANT'S DEFENSES.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Acton No. 1:24-cv-01076-CNS-KAS

DEREK WILFONG, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

TTEC SERVICES CORPORATION,

    Defendant.

**CONSENT FORM**

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by The Lazzaro Law Firm, LLC. I authorize the named Plaintiff and Plaintiffs' Counsel to prosecute the above referenced matter on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims, and I understand I will be bound be such decisions. I understand that by filing this consent, I will be bound by the Court's judgment on all issues in this case.

Signature: _____    Date: _____

Print Name: _____    Phone: _____

Street Address: _____    Email: _____

City, State, Zip: _____

**eSign via PDF or return to:**
The Lazzaro Law Firm, LLC / The Heritage Building, Suite 250 / 34555 Chagrin Blvd. / Moreland Hills, Ohio 44022
Fax: 216-696-7005
Email: consent@lazzarolawfirm.com
**Must be signed, postmarked, faxed, or emailed by [45 days from mailing].**