IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 24-cv-001076-CNS-KAS | Date: September 11, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DEREK WILFONG<br>**Plaintiff** | *Matthew Grimsley* |
| v. | |
| TTEC SERVICES CORPORATION<br>**Defendant** | *Arthur Rooney* |

## COURTROOM MINUTES

**ORAL ARGUMENT VIA VIDEO TELECONFERENCE**

Court in Session: 10:02 a.m.

Appearance of counsel. Counsel present via VTC.

Argument as to [13] Defendant TTEC Services Corporation's Motion to Transfer Venue given by Mr. Rooney and Mr. Grimsley with questions from the Court.

As outlined on the record, it is

**ORDERED:  [13] Defendant TTEC Services Corporation's Motion to Transfer Venue is DENIED.**

Court in Recess: 10:42 a.m.          Hearing concluded.          Total time in Court: 00:40